**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **DWAYNE FRIDAY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. 1:16-cv-0034** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

## ORDER[1]

**BEFORE THE COURT** is Petitioner Dwayne Friday's Motion to Vacate, Set Aside or Correct Sentence, filed on June 20, 2016. (Dkt. No. 1.) Magistrate Judge Emile A. Henderson III issued a Report and Recommendation ("R&R") on September 10, 2026, recommending, *inter alia,* that Friday's section 2255 motion be denied as moot. *See* Dkt. No. 60 in *United States v. Friday*, Case No. 1:15-cr-0023.[2] Friday did not file an objection. The Court, having conducted a de novo review of the record and having made an independent determination finding no error, will adopt the R&R.[3] Accordingly, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation docketed at Dkt. No. 60 in se No. 1:15-cr-0023, is **APPROVED** and **ADOPTED** as an Order of this Court as if fully set forth herein; it is further

**ORDERED** that Defendant's Motion to Vacate and Correct Sentence Under 28 U.S.C. § 2255, filed on June 20, 2016, Dkt. No. 1, is **DENIED AS MOOT;** it is further

---

[1] Due to the retirement of the judge previously assigned to this case, the undersigned, exercising his authority as Chief Judge of the District Court, reassigned this case to himself on February 17, 2026.

[2] It appears that the R&R was not docketed in the civil case, but rather in the companion criminal case. The Court will direct that a copy of the R&R be docketed in the above-captioned matter.

[3] *See Hill v. Barnacle*, 655 Fed. Appx. 142, 148 (3d Cir. 2016) (opining that the district court is not required to make separate findings or conclusions when reviewing a Magistrate Judge's report and recommendation de novo under 28 U.SC. § 636(b)) (citing *Elmendorf Grafica, Inc. v. D.S. America, Inc.*, 48 F.3d 46, 49-50 (1st Cir. 1995) (opining that "[28 U.S.C. § 636(b)] authorizes the district court to adopt in whole as well as in part the proposed findings and recommendations of the magistrate judge. Where, as here, the magistrate judge decided on an undisputed factual record, the district court was certainly not required to rehash the magistrate judge's reasoning. The role of the magistrate judge is 'to relieve courts of unnecessary work.'") (citations omitted).

**ORDERED** that a certificate of appealability is **DENIED;** it is further

**ORDERED** that a copy of this Order shall be served on Dwayne Friday by certified mail return receipt requested and that a copy of the return receipt shall be filed on the docket; and it is further

**ORDERED** that a copy of this Order shall be docketed in the companion criminal case of *United States v. Friday*, Case No. 1:15-cr-0023; and it is finally

**ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

**Dated:** September 30, 2026

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**